## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL PHILIPS DESIGN WORKS, INC., a California corporation, | 3:04-CV-0300-BES (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 6, 2006 |
| SHEEHAN VAN WOERT BIGOTTI ARCHITECTS, a Nevada corporation, CITY OF RENO, a Nevada municipal corporation, | |
| Defendants. | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 6, 2006, Plaintiff filed a Motion to Compel (Doc. #53). There has been no opposition.

LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Therefore, Plaintiff's Motion to Compel (Doc. #53) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk