# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL PHILIPS DESIGN WORKS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHEEHAN VAN WOERT BIGOTTI ARCHITECTS, a Nevada corporation, CITY OF RENO, a Nevada municipal corporation,<br><br>　　　　Defendants. | 3:04-CV-0300-BES (RAM)<br><br>**MINUTES OF THE COURT**<br><br>June 5, 2006 |

PRESENT:　THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　GINA MUGNAINI　　　REPORTER:　NONE APPEARING

COUNSEL FOR PLAINTIFF(S):　NONE APPEARING

COUNSEL FOR DEFENDANT(S):　NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Plaintiff has filed a Motion to Compel Compliance with February 6, 2006, Minute Order (Doc. #55).

　　On February 6, 2006, the court granted Plaintiff's Motion to Compel (Doc. #53). Apparently, Defendant has failed to comply with that Order despite numerous requests by the Plaintiff.

　　A hearing will be held on **Friday, June 16, 2006, at 1:30 p.m.** for the Defendant Sheehan Van Woert Bigotti Architects to show cause why sanctions should not be imposed by the court in the form of striking Defendant's Answer and entering judgment in favor of the Plaintiff.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK
　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk