# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL PHILIPS DESIGN WORKS, INC., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>SHEEHAN VAN WOERT BIGOTTI ARCHITECTS, a Nevada corporation, CITY OF RENO, a Nevada municipal corporation,<br><br>       Defendants. | 3:04-CV-0300-BES (RAM)<br><br>**MINUTES OF THE COURT**<br><br>June 13, 2006 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have filed a Joint Statement of Counsel re: Order to Show Cause (Doc. #57). In that Statement, the parties state that they have resolved Plaintiff's Motion to Compel Compliance with February 6, 2006, Minute Order (Doc. #55).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Compliance with February 6, 2006, Minute Order (Doc. #55) is **DENIED** as moot and the hearing scheduled for **Friday, June 16, 2006, at 1:30 p.m.** is **VACATED**.

                                                                     LANCE S. WILSON, CLERK

                                                                      By:          /s/
                                                                                   Deputy Clerk